■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE D. SHOOK, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent. — Motion granted and appeal dismissed, without costs. Memorandum: We denied leave in this case to prosecute the appeal on typewritten papers on March 12, 1958, because it appeared to us on the face of the papers that habeas corpus was not the proper remedy.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FERDINAND BAUMGART, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent. — Motion granted and appeal dismissed, without costs. Motion to prosecute appeal on typed papers denied. (See *People ex rel. Meers* v. *Martin*, 4 A D 2d 659, affd. 4 N Y 2d 898.)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES HADLEY, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent. — Motion granted and appeal dismissed, without costs. (See *People ex rel. Hadley* v. *New York State Dept. of Correction*, 11 A D 2d 92.)

■ In the Matter of LEONARD STANLEY, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion granted and appeal dismissed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIS EDWIN SMITH, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent. — Motion to dismiss appeal denied. Reargument of motion to prosecute appeal on original papers, typewritten briefs from order entered January 3, 1958 granted on court's own motion, and on reargument, motion granted, and Thornton G. Edwards, Esq., of Buffalo, assigned to conduct appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CECIL O. RODENBERGER, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent. — Reargument of motion to prosecute appeal on original papers and typewritten briefs, from order entered May 7, 1959 granted on court's own motion, upon suggestion of Attorney-General, and on reargument, motion granted.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONALD EASTWOOD, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent. — Motion to dismiss appeal denied. Reargument of motion to prosecute appeal on original papers and handwritten briefs from order entered December 2, 1957 granted on court's own motion, and upon reargument, motion granted.